# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| McKinley Truein Brown, III, | No. CV-17-01182-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Sheriff's Office, et al., | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") issued by United States Magistrate Judge Eileen S. Willett on September 5, 2018. (Doc. 44). In the R&R, Judge Willett explains that the parties have filed a "Stipulation of Dismissal with Prejudice" (Doc. 40) in which the parties' agree to dismiss the matter with prejudice and pay their own attorney fees and costs.

Upon review of the parties' Stipulation (Doc. 40) and Judge Willett's recommendation,

**IT IS ORDERED** that Magistrate Judge Willett's R&R (Doc. 44) is **accepted** and **adopted** as the order of this Court. The following pending motions are denied as moot: Docs. 31, 32, 33, 34, 35, 36, and 37.

**IT IS FURTHER ORDERED** that the parties' Stipulation (Doc. 43) is **approved** and the action is dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

///

1       **IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this

2 action.

3       Dated this 11th day of September, 2018.

Honorable Diane J. Humetewa
United States District Judge